In the United States Bankruptcy Court
Northern District of Illinois Eastern Division

IN RE: THERESA Steward

CASE NO: 13-35298
Judge: Bruce W. Black
Chapter 7

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on 27, Sept. AT 9:15 AM OR AS soon thereafter AS I MAY be heard, I shall Appear before the Honorable Judge Bruce W. Black DATE 9/27/13 ANY other Bankruptcy Judge presiding in his/her place in

Will County Court, 150 W. Jefferson 2nd floor, ~~Annex Building, 57 N. Ottawa Street~~, ~~Room 201~~, Joliet, IL 60432.

The undersigned does hereby certify that A copy of his Notice And Motion was mailed, hand delivered, Faxed or electronically delivered to the Above persons, At their respective Addresses on or before ____18____ Sept. 2013.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 18 2013
KENNETH S. GARDNER, CLERK
PS REP. - SW

THERESA Steward
Debtor, PRO SE
*Theresa Steward*

IN RE: THERESA Steward

CASE NO: 13-35298
Judge: Bruce W. Black
Chapter 7

## MOTION TO EXTENT

Now comes, Theresa Steward, Pro Se, and moves this Honorable Court to Reopen Debtor's Chapter 7 case in order to file a Certificate of Debtor Education and, in support thereof states as follow:

Wherefore, Debtor Theresa Steward pray that this Honorable Court Reopens Debtor's case to allow Debtor to file Debtor Education Certificate and provide a discharge of debts.

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 18 2013
KENNETH S. GARDNER, CLERK
PS REP. - SW

Respectfully Submitted,
*Theresa Steward*
Theresa Steward
407 Yorkshire Square
Bolingbrook, IL 60440
708-299-6630
Debtor, Pro Se

Creditor List
Case No: 13-35298

COMCAST
1496924604
13355 Noel Rd Ste 2100
Dallas TX 75240

City of Chicago Department of Finance
Chicago, IL.

RAC Acceptance
5501 Headquarters Dr.
Plano, TX 75024

Illinois American Water
P.O. Box 94551

Fifth third Bank
P.O. Box 630900
Cincinnati, OH.
45263-0900

Theresa Stennel